UNITED STATES of America,
Plaintiff–Appellee

v.

Angel Mondragon GARCIA,
Defendant–Appellant.

No. 12–41091
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Sarah Beth Landau, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Angel Mondragon Garcia raises arguments that he concedes are foreclosed by *United States v. Newson,* 515 F.3d 374, 378–79 (5th Cir.2008), which held that the Government may decline to move for an additional one-point reduction under U.S.S.G. § 3E1.1(b) based on the defendant's refusal to waive his right to appeal. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.